IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMION HENRY, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 08-4496 |
| EVANGELIA A. KLAPAKIS, et al., | : | |
| Respondents. | : | |

FILED
APR -2 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 1st day of April, 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

  1. the Report and Recommendation is APPROVED and ADOPTED;

  2. the Petition for Writ of Habeas Corpus is DENIED without prejudice and DISMISSED without an evidentiary hearing; and

  3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
J. CURTIS JOYNER, J.